Todd M. Friedman (SBN 216752)
Darin Shaw (SBN 250137)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRIAM DYER,** | ) Case No.: **2:11-CV-04492-R (AJW)** |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 28th day of February, 2012

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorneys for Plaintiff

Filed electronically on this 28th day of February, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Manual Real
United States District Court
Central District of California

John Ksajikian
Law Offices of Skebba & Isaac
Attorney for Defendant

This 28th day of February, 2012.

s/Todd M. Friedman
Todd M. Friedman