# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRIAM DYER,** | ) Case No.: **2:11-CV-04492-R (AJW)** |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this 21stday of May, 2012.

_____
The Honorable Manuel L . Real